IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NESHAMINY CONSTRUCTORS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FEDERAL INSURANCE COMPANY and** | : | **NO. 11-7168** |
| **THE CHUBB CORPORATION** | : | |

## ORDER

**AND NOW**, this 21st day of June, 2012, upon consideration of the defendant's Motion for Summary Judgment (Document No. 11) and the Plaintiff Neshaminy Constructors, Inc.'s Cross Motion for Partial Summary Judgment (Document No. 19) and the respective responses to the motions, it is **ORDERED** as follows:

1. The defendant's Motion for Summary Judgment is **GRANTED**;

2. The plaintiff's Cross Motion for Partial Summary Judgment is **DENIED**; and,

3. **JUDGMENT** is entered in favor of the defendant Federal Insurance Company and against the plaintiff Neshaminy Constructors, Inc.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.